

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2018

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Patricia Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

The Panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court